```
1  JACK GORDON; SBN 169380
   1885 The Alameda, Suite 214
2  San Jose, CA 95126
   Tel. (408)286-1351
3

4  Attorney for Defendant,
   Lorenzo Garcia
5

6

7                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
8                       SAN JOSE DIVISION

9
   UNITED STATES OF AMERICA,            No. CR-11-00558-LHK
10                                          CR-11-00559-LHK
                 Plaintiff,
11
   vs.
12                                      STIPULATION TO CONTINUE
                                        AND EXCLUDE TIME;
13                                      ~~PROPOSED~~ ORDER
   LORENZO ISRAEL GARCIA,
14

15               Defendants.

16
   _____/
17

18     THE ABOVE LISTED PARTIES STIPULATE AS FOLLOW:

19
       Defendant Garcia is scheduled to be sentenced before the
20
   Honorable Lucy H. Koh on 3/27/13 at 9:00 a.m. The parties require
21
   a continuance to allow for the completion of the U.S. Probation
22
   pre-sentencing report. After communications with the parties and
23
   the United States Probation Officer preparing the report it
24                    June 5,
   appears that ~~May 29,~~ 2013 would be an appropriate date for
25
   sentencing.
26

27

28
                                  1
```

1
2      The parties respectfully request that the Court continue
3  Garcia's sentencing from March 27, 2013 to ~~May 29,~~ June 5, 2013 at 9:00
4  a.m.
5  IT IS SO STIPULATED
6                                          /s/
7  Dated: 3/22/13                    _____
8                                    Jack Gordon
                                     Attorney for Def. Garcia
9                                          /s/
10 Dated: 3/22/13                    _____
                                     Thomas O'Connell
11                                   Assistant U.S. Attorney
12
13                        [~~PROPOSED~~] ORDER
14     Having considered the stipulation of the parties, and good
15 cause appearing, the Court orders that the sentencing hearing for
16 defendant Lorenzo Garcia be continued from March 27, 2013 to May
17 29, 2013 at 9:00 a.m. and that the intervening time be excluded
18 under
19 The Speedy Trial Act.
20
21 IT IS SO ORDERED.
   DATED: 3/25/13                    _____
22                                   The Honorable Lucy Koh
                                     District Court Judge